No. 6,999.—KE–SUN OIL CO., Plaintiff and Respondent, *v.* SUNBURST OIL & REFINING CO. et al., Defendants; J. N. THELEN, Appellant.

Decided May 24, 1932.

PER CURIAM.—On motion of respondent Ke-Sun Oil Company, the attempted appeal of J. N. Thelen is dismissed.

*Mr. Louis P. Donovan* and *Mr. Henry McClernan,* for movant Oil Company.